THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LOGIC STAFFING LLC,<br><br>Defendant. | Case No.: 3:18−cv−05888−RBL<br><br>ORDER<br>APPROVING CONSENT DECREE |

The court, having considered the parties' stipulated Consent Decree filed on September 17, 2019, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The court retains jurisdiction of this matter for purposes of enforcing the Consent Decree.

Dated: September 20, 2019

_____
Ronald B. Leighton
United States District Judge